**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILE

2009 SEP 15 P 2: 57

*DISTRICT CO*
*...EPORT. C...*

Freda W Smith ,
                Plaintiff,

v.

Ability Beyond Disability ,
                Defendant(s).

Case No. 3:09 cv 1458(CSH)
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.  Plaintiff resides at the following location: 106 Liberty St
    Stamford Conn 06902

2.  Defendant(s) reside(s) at the following location [Attach additional sheets if more
    space is required]: Ability Beyond Disability
    @ The Leir pavilion
    4 Bershire Boulevard. Bethel CT 06801

3.  This action is brought pursuant to [Check all spaces that apply to the type of
    claim(s) you wish to assert against the Defendant(s)]:

___  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
    seq., for employment discrimination on the basis of race, color, religion, sex, or
    national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
    2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
    and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

___  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
    et seq., for employment discrimination based upon age. Jurisdiction is alleged
    pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is
    sought under 29 U.S.C. §§ 626(b) and (c) or  §§ 633a(b) and (c).

    My Year of Birth is: 1948 .

___   Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

___   Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4.   List **all** cases you have filed in this court in the last ten (10) years. Use additional sheets if necessary:

_____ *NoNe* _____

_____

_____

_____

_____

_____

_____

5.   The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A)   _____   Failure to hire me. I was refused a job on the following

date(s): _____.

(B)   _X_   Termination of my employment. I was terminated from my

employment on the following date: *02−22/07* .

(C)   _____   Failure to promote me. I was refused a promotion on the

following date(s): _____.

2

(D) _____          Other acts as specified below:

_____

_____

_____

_____

6.      The conduct of the Defendant(s) was discriminatory because it was based upon:

race [X], color [ ], religion [ ], sex [X], age [ ], national origin [ ] or disability [ ]. [Please

check all applicable bases for your claim of discrimination and explain further, if

necessary]: I really don't Know why I was Term-

iNaTed. And "maN-Friend" of my Superviser replaced me

7.      The facts surrounding my claim of employment discrimination are as follows

[Attach additional sheets, if necessary]:

I was oN the job, wed, Thur, Fri, Sat + Sun. my

Superviser Friend wanted a change from his position

and was promised my position, Because monday +

Tuesday was available. But NoT The oTher days

mention above. So he had To make space For

BoB P. He, BoB P, Took my position And

is Not doing All ThaT I did. my chairs were, From

8.      The approximate number of persons who are employed by the Defendant

employer I am suing is:  2          .

9.      The alleged discrimination occurred on or about the following date(s) or time

period:  2/22/07                                                   .

10.   I filed charges with the:

      ✗   Equal Employment Opportunity Commission

      ✗   Connecticut Commission on Human Rights and Opportunities

11.   The Equal Employment Opportunity Commission issued a Notice of Right to Sue

letter **(copy attached)**, which I received on or about the following date: _6 /18 /09_ .

**[NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of

the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so

may result in delaying consideration of your claim(s).]

12.   The EEOC or the CHRO determined that there was no probable cause to believe

that  discrimination occurred.  My reasons for questioning that

determination are as follows [Attach additional sheets, if necessary]: _than why_

_Was I Terminated. Replaced To a person who_

_wanted To Fill In The Three day I worked To_

_Support myself. when he had a 40hrs a week Job_

13.   If relief is not granted, I will be irreparably denied rights secured under the law(s)

referred to in Item Number 3, above.

14.   WHEREFORE, Plaintiff(s) pray(s) that:

The Court grant such relief as may be deemed appropriate, including **[NOTE:** While all

of the forms of relief listed below may not be available in a particular action, you should

place a check next to each form of relief you seek.):

      ___   Injunctive orders (specify the type of injunctive relief sought): _____

_____ ;

X̶    Backpay;

___ ·   Reinstatement to my former position;

X̶    Monetary damages (specify the type(s) of monetary damages sought): I

Was dehumanize, No one should haue To go Thou;Tha7.
whATeuer The Courts See's FiT.

___    Other (specify the nature of any additional relief sought, not

otherwise provided for on this form): _____ None _____

_____;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby DO _____ DO NOT _____ demand a trial by jury.

_____

_____          Fredw Smith
Original signature of attorney (if any)     **Plaintiff's Original Signature**

_____          Fredp w Smith
Printed Name_____          Printed Name

_____          lol Liberty ST

_____          STamFord Ct 06905

( )_____          (203 536 - 7147
Attorney's full address and telephone     Plaintiff's full address and telephone

_____          _____
Email address if available                Email address if available

Dated: _____

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _09/11/09_____ .

                   (location)                     (date)

**Plaintiff's Original Signature**

(Rev. 9/24/08)

6

3 of 3

There AT DeerHill.

40 plus miles going + coming
AT the Time gas prices went Thur
The roof.

I was competent Always
on Time, Very professioNAl, yeT kind
Loving, Compassionate, compatible And
reliAble, when I was aske To Come
iN early. I did. FulliN, STay LaTe
work over Time, I gave my All

oN The day I was Fired. I
Ask why Couldn't iT WAiT unTil mondAy.
Call me iNTo his office And NoT iN
ThAT house wiTh my Co worker There
The womAN dying And why NoT oN
ThurdAy when he was There earlyer
He Said my boss — CATheriN Ask him
NoT. DAvid was CaTheriN's boss

Answear To QuesTioN #7.
BoB p. had a 40hrs A week Job.
I don't Know why The chAnge
ExCepT, he BoBp didn't WANT
To ChAnge diapers Any more

The moment I arrive at work until I left.
I was very busy. The place was a group home
That houses 6-8 people, "mentally challenged".
They had to be bathed, fed, some had or needed
To be dressed. There were Doctors appointments,
Lab work to be done. They needed to be Taken
To adult day Car. Using my car. "Company rules."
Beds to be made 6-8. Room's to clear. Sweap,
mop. Clean dresser, put away clother. "Laundered."
Lunch to be made for the ones left at
home. 3-4. diapers to be change. or the
consumers needed to be taken to the Lab-
oratory. Then the consumers where put down
For a nap.

    Then it was time to get the
adult care people home. After they were
settle. It was time to get dinner.
    Some consumers had to have different
meals prepaired. due to medical problems.
    I cooked or assistanced with dinner.
fed them. Bathe them, dress them for bed.
    There were days we, I didn't
or could take a break or eat a lunch.
    I loved that Job. I chose
To go there to work. There were
many other houses, group Homes I could
have worked in. I welcome the challenged.

293

I Loved The people. There were a
young woman There. That was a very
Loving person. That we Loved. Look For-
ward To her Coming home. Her health Failed.
And she was Left To Stay at home and
slowly die, That was very hard on all of
us. she would cry out For Food or Some Thing
To drink. Orders of The mother And Doctor.

ON Saturday, Jan 07. David palmer
Come To Deehill The house That I worked
AT, And Asked To See me iN The back room
where one of The Consumer were And
his Daughte Followed us IN The back room.
He Told her To go back and Talk To Sharen
I couldn't understand why I He would
bring his Dougther with him ON A Soturday.
Two work iN a house That he knew a
Consumer is iN bad health. Then Tells
her, his Daughte To go Talk To her, The
dying woman.

Then he Told me That
I was being Terminated. No reason
when I Asked why? He couldn't have
picked a wrost Time, a dear Friend
Was dying And at The Same Time
I'm being Fired.
I Really liked working



**ABILITY BEYOND DISABILITY**

FORMERLY DATAHR REHABILITATION INSTITUTE

a 501(c)(3), not-for-profit corporation

To Whom It May Concern:

     I was Freda smith's supervisor in a group home setting for the mentally challenged and Traumatic Brain Injury.

Freda Smith is a warm and caring person while doing activities with the consumers. Freda provided the consumers with many art activities and plays games with them. Freda is very reliable and organized, when given a task Freda completes the activity ahead of time. I would recommend Freda Smith for any position she applies for.

Sincerely,

Christelle Locke-Johnson
Residential Assistant Manager

To Whom It May Concern:

It is with great enthusiasm that I write to express a recommendation for
Freda Smith. Freda has worked for Ability Beyond Disability for the
last year in a half.  As the Residential Assistant I have been able to observe
the qualities that make her a strong candidate for any endeavor she chooses.
 Furthermore, having served as one of her immediate supervisor I am able
to articulate on matters regarding her work habits and style.

Having worked with Freda and having conversed with her on numerous occasions,
I have come to learn that she is one who sets high standards and goals for herself
and does whatever is necessary to reach them.

Freda has been trained in the areas crisis intervention, Person Centered Planning
Programming and other matters relating to her interaction with the disabled

.
I wholeheartedly recommend Freda for any position she strides for. If you have any other
questions or require anymore information please contact me personally at 203-731-3039.


Sincerely,



_____

Genea Murphy
Residential Assistant
Ability Beyond Disability

January 22, 2007

To Whom It May Concern:

I have known Freida Smith in a variety of capacities for quite some time. She has been a wonderful teacher, caregiver, listener and friend.

Freida Smith is efficient, organized and has an excellent rapport with individuals of all ages. Her communication skills are excellent. When given responsibilities, she is able to follow through, and is always up to a challenge. Her enthusiasm and warmth in all tasks is obvious to all she has cared for.

In summary, I highly recommend Freida for any position or endeavor she may seek to pursue. She will be a valuable asset for any organization.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Michele Downing LPN
(203) 512 - 6443

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Freda Smith
106 Liberty Street
Stamford, CT 06902

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16A-2007-00943 | Anne R. Giantonio, Intake Supervisor | (617) 565-3189 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Robert L. Sanders,
Area Office Director

JUN 1 2 2009

(Date Mailed)

Enclosures(s)

cc:   ABILITY BEYOND DISABILITY
4 Berkshire Boulevard
Bethel, CT 06801

Enclosure with EEOC
Form 161 (2/08)

•

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# FACTS ABOUT FILING AN EMPLOYMENT DISCRIMINATION SUIT IN FEDERAL COURT IN THE STATE OF CONNECTICUT

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a lawsuit.

## WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. A lawsuit can be filed at the following U.S. District Court locations in Connecticut:

- The United States District Courts for the District of Connecticut are located at:

    o   The Abraham Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut 06103, or by contacting the Clerk of the Court Office at (860) 240-3200
    o   141 Church St., New Haven, Connecticut 06510, or by contacting the Clerk of the Court Office at (203) 773-2140
    o   The Brien McMahon Federal Building, 915 LaFayette Blvd., Bridgeport, Connecticut 06604, or by contacting the Clerk of the Court Office at (203) 579-5861
    o   14 Cottage Place, Waterbury, Connecticut 06702, or by contacting the New Haven Clerk of the Court at (203) 773-2140

## WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit **must** be filed in U.S. District Court within **90 days** of the date you receive the enclosed final action. Once this 90 day period is over, unless you have filed suit, you will have lost your right to sue.

## DO I NEED A LAWYER?

No, you do not need a lawyer to file a private suit. You may file a complaint in federal court without a lawyer which is called a *pro se* complaint. Every district court has either a clerk or staff attorney who can assist you in filing *pro se*. To find out how to file a *pro se* complaint, contact the clerk of the court having jurisdiction over your case who can advise you of the appropriate person to assist you and of the procedures to follow, which may vary from district to district.

You may, however, wish to retain a lawyer in order to adequately protect your legal rights. Whether you retain a private attorney, or file *pro se*, you must file your suit in the appropriate court within 90 days of receiving this mailing.

## WHAT IF I WANT A LAWYER BUT CAN'T AFFORD ONE?

If you can't afford a lawyer the U.S. District Court which has jurisdiction may assist you in obtaining a lawyer. You should consult with the office of the district court that assists *pro se* complainants for specific instructions on how to seek counsel.

Generally, the U.S. District Court charges a $350.00 filing fee to commence a lawsuit. However the court may waive the filing fee if you cannot afford to pay it. You should ask the office of the District Court that assists *pro se* complainants for information concerning the necessary procedure to request that the filing fee be waived.

## HOW CAN I FIND A LAWYER?

These are several attorney referral services operated by bar or other attorney organizations which may be of assistance to you in finding a lawyer to assist you in ascertaining and asserting your legal rights:

| | |
|---|---|
| American Bar Association | (312) 988-5522 |
| The Connecticut State Bar Association | (860) 223-4400 |
| National Employment Lawyers Association Referral Service | (212) 819-9450 |

Your County, City of Municipal Lawyers or Bar Association may also be of assistance.

## HOW LONG WILL THE EEOC RETAIN MY CASE FILE?

Generally, the Commission's rules call for your charge to be destroyed after 2 years from the date of a no cause determination or six months after other types of final actions. If you file a suit, and wish us to retain your file for more than the normal retention period, you or your attorney should forward a copy of your court complaint to this office within 10 days after you file suit. IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD ALSO NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.